UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | Case No. 3:05CV218 |
| vs. | : | Judge Thomas M. Rose |
| 2000 Chevrolet Extended Cab Truck VIN 2GCEK19T1Y1398662, et al | : | |
| | : | |
| Defendants. | | |

**ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS**

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related criminal investigation and prosecution on the grounds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation and prosecution.

The Court hereby finds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.  Consequently,  IT IS HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and the case shall be stayed until further order of the Court. Further, the Government is to provide the Court with a status report on the above captioned matter every six months.

April 10, 2007                                                     **s/Thomas M. Rose**
                                                                              _____
                                                                              Thomas M. Rose
                                                                              United States District Court Judge